# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ULY RAMON HENDERSON | CIVIL ACTION |
| VERSUS | NUMBER: 19-14276 |
| MONICA ODOM | SECTION: "B"(5) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claim is stayed, reserving to him the right to move to reopen this case within sixty (60) days of the finality of his state court criminal proceeding.

New Orleans, Louisiana, this 7th day of January, 2020

IVAN L.R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE